```
_____ FILED _____ LODGED
         _____ RECEIVED
```

Sep 20, 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16- 5437 |
| Plaintiff, | |
| v. | INFORMATION |
| ASHLEY S. MARTIN, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about June 4, 2016, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, ASHLEY S. MARTIN, did take and carry away with intent to steal and purloin property of the United States government located at the Joint Base Lewis-McChord Main Exchange, of a value not in excess of One Thousand Dollars ($1,000.00).

///

///

///

INFORMATION
United States v. ASHLEY S. MARTIN
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of 18 U.S.C. §§ 7 and 641.

DATED this 20th day of September, 2016.

ANNETTE L. HAYES
United States Attorney

GREGORY J. COSTELLO
Special Assistant United States Attorney

INFORMATION
United States v. ASHLEY S. MARTIN
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil